179

(No. 74-CC-810— )

Avenue State Bank, Administrator of Estate of Wilbur Mc Hugh, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed November 12, 1974.*

Avenue State Bank, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-824— )

Michael J. Schmitt, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed November 12, 1974.*

Michael J. Schmitt, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.